FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

00 AUG 25 PM 3:55

ADVOCACY CENTER FOR PERSONS
WITH DISABILITIES, INC.,

      Plaintiff,

v.                                    Case No. 2:98-cv-144-FTM-29D

THOMAS SELLARS, et al.,

      Defendants.

_____

## ORDER TO SHOW CAUSE

Pursuant to the June 30, 2000 memorandum of the Florida Bar, attorney Peter Llewelyn Nimkoff (attorney Nimkoff), whose Florida Bar identification number is 58840, was suspended for noncompliance with continuing legal education requirements.  Attorney Nimkoff appears in the above-captioned case as lead counsel for plaintiff. The Clerk of the Court for the United States District Court for the Middle District of Florida has updated the Court's database to reflect attorney Nimkoff's suspended status.

Accordingly,

Attorney Peter Llewelyn Nimkoff shall show cause, within **ELEVEN (11) DAYS** from the filing of this Order, why he should not



be precluded from further participation in this case.

    **DONE AND ORDERED** in Fort Myers, Florida, this 25th day of

August, 2000.


                                         _____

                                      JOHN E. STEELE
                                      UNITED STATES DISTRICT JUDGE


Copies to:

Counsel of record