FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2001 NOV -8 PM 12: 28

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS, FLORIDA

ADVOCACY CENTER FOR PERSONS
WITH DISABILITIES, INC.,

    Plaintiff,

vs.　　　　　　　　　　　　　　　Case No.: 98-144-CIV-FTM-24D

MARTIN VON HOLDEN, et al.,

    Defendants.
_____/

## REPORT TO THE COURT

The Plaintiff, the ADVOCACY CENTER FOR PERSONS WITH DISABILITIES, INC., respectfully reports to the Court: the parties have settled the case in all respects, including fees and costs, and are negotiating the language of the formal dismissal papers.

DATED this 6th day of November, 2001.

Respectfully submitted,

_____
PETER NIMKOFF
Chief Counsel
Fla. Bar No. 058840

ADVOCACY CENTER FOR PERSONS
WITH DISABILITIES, INC.
2671 Executive Center
Circle W., Suite 100
Tallahassee, FL 32301
(850) 488-9071

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail addressed to Stephanie Daniel, Assistant Attorney General, Office of the Attorney General, PL-01 The Capitol, Tallahassee, FL 32399-1050, this _7th_ day of November, 2001.

_/s/ Peter Nimkoff (fa)_
Peter Nimkoff

2